UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
RYECO, LLC,

                Plaintiff,

   -against-

LEGEND PRODUCE INC., NATALIE
H. EFRAIMOV, AND SOLOMON
MURATOV A.K.A.
SHLOMO MURATOV,

                Defendants.
------------------------------------------------x

**MEMORANDUM AND ORDER**

Case No. 1:20-cv-04044-FB-RER

*Appearances:*
*For the Plaintiff*:
GREGORY ADAM BROWN
McCarron & Diess
576 Broadhollow Road, Suite 105
Melville, NY 11747

**BLOCK, Senior District Judge:**

      On May 24, 2021, Magistrate Judge Ramon E. Reyes, Jr. issued a Report and Recommendation ("R&R"), recommending "that Ryeco's motion for default judgment be granted, and that Defendants be held jointly and severally liable to Ryeco for $38,534.90 in damages, $400 in costs, $7,302 in attorneys' fees, plus pre-judgment interest." ECF No. 16 at 1.

      The R&R stated that failure to object within fourteen days of the date of the R&R precludes further review. No objections were filed. If clear notice has been

1

given of the consequences of failing to object and there are no objections, the Court may adopt the R&R without *de novo* review. *See*, *e.g.*, *Smith v. Campbell*, 782 F.3d 93, 102 (2d Cir. 2015). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F .3d 162, 174 (2d Cir. 2000). No such error appears in Magistrate Judge Reyes' extremely thorough and thoughtful decision.

Accordingly, the Court **ADOPTS** the R&R and orders that Efraimov and Muratov be held jointly and severally liable with Legend Produce, and that Ryeco be awarded damages in the total sum of $49,020.40, comprised of: (i) $38,534.90 in damages; (ii) $7,302 in attorneys' fees; (iii) $400 in costs; and (iv) $2,783.50 in pre-judgment interest through today's date, plus (v) pre-judgment interest from today's date through the date that the Clerk of Court enters judgment at a rate of $9.50 per day.

**SO ORDERED.**

  /S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
July 1, 2021